THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DENNIS M. McMAHON, Defendant-Appellant.

(Nos. 73-263, 73-344 cons.;

Second District—July 9, 1975.

Opinion by Mr. JUSTICE ACKERMAN.

William J. Nellis, of Chicago, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.